IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:09-CR-447 |
| vs. | |
| OMAR MARINS-MARTINEZ, | ORDER |
| Defendant. | |

IT IS ORDERED:

1.      The Request for Transcript (filing 55) is granted.

2.      The Clerk's Office shall mail a copy of this order to the party requesting the transcripts.

3.      The requestor shall be responsible for the cost of the transcripts.

4.      The requestor is directed to contact the court reporters to arrange for payment.

Dated this 29th day of April, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge